# YAMAN SALAHI

**(California State Bar No. 288752)**

# Jurisdictions / Admissions to Practice

| Jurisdiction/Court | Admitted | Status |
|---|---|---|
| **Federal Appellate Courts** | | |
| U.S. Court Of Appeals, Fifth Circuit | 9/22/2020 | Active/Good Standing |
| U.S. Court Of Appeals, Sixth Circuit | 12/17/2019 | Active/Good Standing |
| U.S. Court Of Appeals, Ninth Circuit | 2/1/2013 | Active/Good Standing |
| U.S. Court Of Appeals, Eleventh Circuit | 10/2020 | Active/Good Standing |
| **Federal Courts** | | |
| Central District Court of California | 1/22/2013 | Active/Good Standing |
| Northern District Court of California | 2/6/2014 | Active/Good Standing |
| Eastern District Court of Michigan | 2/21/2018 | Active/Good Standing |

2130179.1